UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
§
**Will Dean Mason** § Case No.: **18-20406**
§
§
Debtor(s) §
§

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **November 28, 2018**  /s/ **Will Dean Mason**
**Will Dean Mason**
Signature of Debtor

Date: **November 28, 2018**  /s/ **Jeff Carruth**
Signature of Attorney
**Jeff Carruth 24001846**
**Weycer, Kaplan, Pulaski & Zuber, P.C.**
**3030 Matlock Rd.**
**Suite 201**
**Arlington, TX 76015**
**(713) 341-1158   Fax: (866) 666-5322**

**xxx-xx-5112**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Lacynda Hunter

79101 Properties
P.O. Box 230
Amarillo, TX 79105

A1 Building Supply- Abilene
757 S. Treadaway Blvd.
Abilene, TX 79602

A1 Building Supply- Amarillo
4445 Canyon Drive
Amarillo, TX 79110

A1 Building Supply- Lubbock
3601 Globe Ave
Lubbock, TX 79404

A1 Rocket Industries, INC
2214 S. Buchanan St
Amarillo, TX 79109

All Pro Mowing & Landscape
15007 Mescalero Trail
Amarillo, TX 79118

All Star Sheet Metal & Roofing
306 Bowie St
Amarillo, TX 79106

Allens Tri-State Mechanical
404 S. Hayden
Amarillo, TX 79101

```
Amarillo Bolt
215 N. Polk St
Amarillo, TX 79107


Amarillo National Bank
P.O. Box 15956
Amarillo, TX 79105


Amarillo Netplex LLC
3717 SW 58th
Amarillo, TX 79110


AMAWorth
5600 S. Bell Suite 105
Amarillo, TX 79109


American Elevator Co
1905 S. Harvard
Oklahoma City, OK 73128


Bank of the Panhandle
1223 N. Main
Guymon, OK 73942


BC Construction
P.O. Box 21076
Amarillo, TX 79114


Bob Mason
P.O. Box 6
Canyon, TX 79015


BRJ Elite, LLC
181 Canal Rd
Brunswick, GA 30520
```

```
Brown, Graham & CO
7431 Continental Pkwy
Amarillo, TX 79119


California Portland Cement Company
2025 East Financial Way
Glendora, CA 91741


Caprock Building Systems
408 S. Bonham
Amarillo, TX 79106


Casteel Automatic Fire Protection
5601 Washington St
Amarillo, TX 79110


CAT Financial
P.O. Box 730681
Dallas, TX 75373


Chase Ink for Business
P.O. Box 6294
Carol Stream, IL 60197


Chase United Airlines
P.O. Box 6294
Carol Stream, IL 60197


Citi Advantage
P.O. Box 78045
Phoenix, AZ 85062


CNH Industrial
P.O. Box 3600
Lancaster, PA 17604
```

```
Consumers Supply CO-OP
100 1st Ave
Canyon, TX 79015

Contractors Glass & Mirror
1611 SE 27th Ave
Amarillo, TX 79103

Cowtown Materials INC
3410 S. Filmore St
Amarillo, TX 79110

Current Creditors


David's Quality Electric
1751 SE 16th Ave
Amarillo, TX 79102

First Capital Bank
310 West Wall
Suite 100
Midland, TX 79701

GM Financial
P.O Box 78143
Phoenix, AZ 85062

Goal Setters
3717 SW 58th
Amarillo, TX 79110

Heartland Retail
4956 Memco Lane, Ste A
Racine, WI 53404
```

```
Herring Bank
400 S. Pierce
Amarillo, TX 79101

Ingram Concrete
PO Box 844406
Dallas, TX 75284

Internal Revenue Service
Special Procedures Staff - Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346

International Agri-Center


J. Flow Services
800 S. Polk
Amarillo, TX 79101

Jacci Mason
P.O. Box 6
Canyon, TX 79015

Kubota
P.O. Box 894717
Los Angeles, CA 90189

Loc-Tite
118 Port-O-Call
Amarillo, TX 79118

Matthew D. Goetz
500 Main St. #1200
Fort Worth, TX 76102
```

```
Mays Plumbing
201 N. Filmore St
Amarillo, TX 79107


McCartt & Associate
800 S. Polk
Amarillo, TX 79101


Midstate Steel Corporation
PO Box 5388
Midland, TX 79704


MJ Heritage Homes
800 S. Polk
Amarillo, TX 79101


Morrison Supply Co.
100 E. 15th St.
Fort Worth, TX 76102


Parkhill Smith & Cooper
800 S. Polk Ste. 200
Amarillo, TX 79101


Prestige Commercial
P.O. Box 64895
Lubbock, TX 79464


Pride Home Center
3503 NE 24th Ave
Amarillo, TX 79107


Rabern Rentals
4807 S. Washington
Amarillo, TX 79110
```

```
Reuben L. Hancock, Receiver
7480 Golden Pond Place
Suite 200
Amarillo, TX 79121

RHC Midcon
3118 NCR 1108
Midland, TX 79706

Robert Truitt Jr.
PO Box 2670
Midland, TX 79702

RSM Builders Supply
1800 SW 8th Ave
Amarillo, TX 79101

Sir Speedy
416 SW 8th Ave
Amarillo, TX 79101

Sprouse Shrader & Smith
701 S. Taylor St. 500
Amarillo, TX 79101

Tascosa Building Products
301 S. Fannin St
Amarillo, TX 79106

Tascosa Office Machines
1005 SW 8th Ave
Amarillo, TX 79101

Texas Panhandle Builders Assoc
5601 Enterprise Circle
Amarillo, TX 79106
```

```
The Other Side Lawncare & Landscape
7807 Cervin Drive
Amarillo, TX 79121


Tierra Blanca Construction



Timothy T. Chovanec
4770 Bryant Irvin Ct Ste 100
Amarillo, TX 79107


Troy Vines INC
2817 Rankin Hwy
Midland, TX 79706


United Rentals
3900 I-40 Access Rd
Amarillo, TX 79103


Vitel Communications
200 S. Travis St.
Amarillo, TX 79106


W & C Land and Cattle
14030 US 287
Stratford, TX 79084


Waste Wranglers
2025 Hope Road
Amarillo, TX 79124
```